# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN


MAR - 1 2021
FILED
Clerk of Court

(Full name of plaintiff(s))

D'Quailynn Garmon

v.

(Full name of defendant(s))

Milwaukee County
Sheriffs Office
Inmate Abu Abraham Dukuly

Case Number:

**21-C-0277**
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Texas__, and is located at
   (State)

   __Milwaukee County Jail 949 N. 9th St.__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __MCSD__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

Case 2:21-cv-00277-WED   Filed 03/01/21   Page 1 of 7   Document 1

and (if a person) resides at **Inmates Incarcerated in MCJ** (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Milwaukee County Jail**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

WRITTEN ON SEPARATE PIECE OF COPY PAPER. (Next Page)

# Statement Of Claim

D'Quailynn Garmon

I'm suing for: Attempted Homicide, Attempted Sexual Assault, Assault and Battery, and Negligence, and Mental/Emotional Duress

**Who:** Abraham Abu Dokuly (An Aggressive Inmate) and MCSO Corrector

**What:** Due to negligence and lack of professionalism on the behalf of the Correctional Officers at Milwaukee County Jail, the officers failed to ensure my safety and security when inmate Abraham kicked his door open while I was out for my daily one hour individual recreation while I was also secured in a Ripp Belt so my hands were secured to my lower abdomen, at the time I was only on suicide watch and Abraham was on Max Custody so he was not suppose to have any physical contact with me. Ran up towards me aggressively so I threw my milk carton at him and missed due to being in a Ripp Belt. He was completely nude saying, "I should kill you" and that "he me suck his dick due to me being trapped and defenseless." He physically assaulted me by striking me with his fist multiple times to my face, neck, and back repeatedly then he grabbed me only assuming he was about to sexually violate me and eventually take my life but stopped and ran when the COs finally arrived. While running back to his cell he said I was lucky. I was asked by the Leutinant if I was ok and if I wanted to press charges, I said I was physically fine but mentally and emotionally distraught, I was told I could talk to a Psych Social Worker in the morning and refused to press charges due his mental health issues. I asked for the COs names and badge numbers for lawsuit purposes and was denied the information. After the situation they left the inmate in the same pod as me and he taunted me, not once did they put a keep seperate on us to ensure our safety.

*Let it be known Abraham was originally placed on Max Custody for assaulting officers, nurses, and mental health staff. He refused to hold conversation with Mental Health and was sent to the State Mental Institution.

**When:** November 18th, 2020 18:50 (On Camera)

**Where:** While in the Mental Health Unit of MCJ on Suicide Watch and Abraham on Max Custody (Cell #8 Sub-Pod B)

**Why:** He has a serious mental health issue and only reacted off of the negligence of the officers. And I believe I should sue to the highest extent of the law due to not knowing his intentions, motives, and reasoning besides to embarrass and put my life in danger.



Complaint – 3

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $5 Mil.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I honestly believe that I should be compensated comfortably with money beyond reasonable doubt because being that this incident occured in the Mental Health Unit involving an aggressive inmate who was supposed to be under supervision of correctional officers was able to attack and attempted to sexually harass/assault me and murder me while I was in a restraint belt, unable to fully defend for myself while I was forced to endure multiple punches and being touch inappropriately by a naked and aggressive mentally ill assailant.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20____.

   Respectfully Submitted,

   *(signature)*
   _____
   Signature of Plaintiff

   **2019022052**
   _____
   Plaintiff's Prisoner ID Number

   **949 N. 9th St. 53233**
   _____

   _____
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

D'Quailynn Garmon
#2019022052
949 N. 9th St.
Milwaukee, Wi. 53233
Milwaukee County Jail

Clerk of Court
United States District Court
for the Eastern District of Wisconsin
517 E. Wisconsin Ave. Rm #362
Milwaukee, Wi. 53202

